VIRGINIA:

## BEFORE THE VIRGINIA STATE BAR DISCIPLINARY BOARD

IN THE MATTER OF                          VSB DOCKET NO. 23-000-129100
SHEILA BRIDGET THURMOND MAYERS

### SUMMARY SUSPENSION ORDER

Pursuant to Part 6, Section IV, Paragraph 13-23(D) of the Rules of the Supreme Court of Virginia, it is ORDERED that Sheila Bridget Thurmond Mayers' license to practice law in the Commonwealth of Virginia be and hereby is suspended effective October 5, 2023. The suspension shall remain in effect until further order of the Virginia State Bar Disciplinary Board.

It is further ORDERED that Sheila Bridget Thurmond Mayers must comply with the requirements of Part 6, Section IV, Paragraph 13-29 of the Rules of the Supreme Court of Virginia. The Respondent shall forthwith give notice by certified mail, of the Suspension or Revocation of her license to practice law in the Commonwealth of Virginia, to all clients for whom she is currently handling matters and to all opposing Attorneys and presiding Judges in pending litigation. The Respondent shall also make appropriate arrangements for the disposition of matters then in her care in conformity with the wishes of her client. Respondent shall give such notice immediately and in no event later than 14 days of the effective date of the Revocation or Suspension, and make such arrangements as are required herein as soon as is practicable and in no event later than 45 days of the effective date of the suspension. The Respondent shall also furnish proof to the Clerk of the Disciplinary System of the Virginia State Bar within 60 days of the effective day of the Revocation or Suspension that such notices have been timely given and such arrangements have been made for the disposition of matters.

It is further ORDERED that if the Respondent is not handling any client matters on the effective date of the Suspension, she shall submit an affidavit to that effect to the Clerk of the Disciplinary System at the Virginia State Bar. The Board shall decide all issues concerning the adequacy of the notice and arrangements required herein. The burden of proof shall be on the

Respondent to show compliance. If the Respondent fails to show compliance, the Board may impose a sanction of Revocation or additional Suspension for failure to comply with the requirements of subparagraph 13-29.

It is further ORDERED that an attested copy of this Order be mailed by Certified Mail to the Respondent, Sheila Bridget Thurmond Mayers at her address of record with the Virginia State Bar, at 4250 N. Fairfax Dr., #600, Arlington, VA 22203, with a copy by electronic mail to Shelley L. Spalding, Assistant Bar Counsel.

ENTERED THIS _____ DAY OF OCTOBER, 2023

VIRGINIA STATE BAR DISCIPLINARY BOARD

Kamala H. Lannetti
Chair